UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY J. BEARD, | ) |
| Plaintiff, | ) CASE NO. C12-0131-MJP-MAT ) |
| v. | ) ) |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) REPORT AND RECOMMENDATION ) ) |
| Defendant. | ) ) |

Plaintiff brought this action to seek judicial review of the denial of her application for Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 20.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties stipulate that, on remand: (1) the Administrative Law Judge (ALJ) will conduct a *de novo* hearing; (2) plaintiff may testify, submit additional evidence, and

REPORT AND RECOMMENDATION
PAGE -1

make new arguments; (3) the ALJ will make a new, full sequential disability evaluation, including re-evaluating plaintiff's impairments; (4) the ALJ will obtain medical expert evidence to clarify the effects of plaintiff's mental impairments; (5) the ALJ will obtain updated psychological testing; (6) the ALJ will reassess whether plaintiff meets a listing; (7) any new medical evidence will be considered; (8) the ALJ will evaluate the medical opinions of Douglas Uhl, Psy.D., Susan Hakeman, M.D., and Dana Harmon, M.D; (9) the ALJ will re-evaluate the medical opinions of Christopher Covert-Bowlds, M.D. and Kevin Zvilna, Ph.D.; (10) if rejecting any medical opinions, the ALJ will provide legally sufficient explanation; (11) the ALJ will re-evaluate other medical evidence, and plaintiff's impairments, credibility, residual functional capacity, and ability to perform work at steps four and five; (12) the ALJ will obtain vocational expert testimony; and (13) the ALJ will issue a new decision for the entire period at issue, considering the evidence from plaintiff's alleged onset date. Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

Given the above, the Court recommends that Chief United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 7th day of June, 2012.

Mary Alice Theiler
United States Magistrate Judge